James **RANDOLPH**, Appellant,

v.

Greg **JONES**, et al., Respondents.

**WD 78118**

Missouri Court of Appeals,
Western District.

ORDER FILED: March 8, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied May 3, 2016

Application for Transfer Denied
June 28, 2016

James Randolph, Kansas City, MO, Appellant, pro se.

Greg Jones, et al., Kansas City, MO, Respondents, pro se.

Before Division II: Cynthia L. Martin, Presiding Judge, and Mark D. Pfeiffer and Karen King Mitchell, Judges

### Order

Per Curiam:

Mr. James Randolph appeals from the Judgment of the Circuit Court of Jackson County, Missouri, after a bench trial, in favor of Greg Jones, Richard Burton, and Daniel Fields. The court found that the evidence was insufficient to support Mr. Randolph's claims for nuisance, trespass, interference with quiet enjoyment, assault, conspiracy, and aiding and abetting. Because a published opinion would have no precedential value, a memorandum of law

has been provided to the parties. The judgment is affirmed. Rule 84.16(b).